DJF:RDE:NJ

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEA E. RUTHERFORD, ET AL.<br><br>PLAINTIFFS,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>DEFENDANT. | Civil No. 1:18-CV-1261<br><br>(Judge Rambo)<br><br>(Filed Electronically) |

## STIPULATION OF DISMISSAL

Plaintiffs Lea and Harvey Rutherford, and defendant United States of America, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Stipulation for Compromise Settlement and Release entered into by the parties, hereby stipulate to the dismissal of all claims in the above-captioned action with prejudice.

| COUNSEL FOR PLAINTIFF: | DAVID J. FREED<br>United States Attorney |
|---|---|
| s/ Dina S. Ronsayro<br>DINA S. RONSAYRO<br>Astor Weiss Kaplan & Mandel, LLP<br>200 S. Broad Street St, Ste. 600<br>Philadelphia, Pennsylvania 19102<br>Tel: (215) 790-0100<br>Dronsayro@astorweiss.com<br><br>Counsel for Plaintiffs | s/ Navin Jani<br>NAVIN JANI<br>Ca 298118<br>Assistant United States Attorney<br>228 Walnut Street, Suite 220<br>P.O. Box 11754<br>Harrisburg, PA 17108-1754<br>Tel: (717) 221-4482<br>Navin.Jani@usdoj.gov<br>Counsel for United States of America |

Dated:  April 10, 2020